**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter __**11**__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Spengler Plumbing Company, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 37-0983139 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1402 Frontage Road** **O Fallon, IL 62269-1862** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Saint Clair** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Spengler Plumbing Company, Inc.**                                   Case number (*if known*) _____
Name

**7.  Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| | District | **Southern District of Illinois** | When | **7/19/19** | Case number | **19-30958** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor   **Spengler Plumbing Company, Inc.**                                          Case number (*if known*)
_____
Name

| | |
|---|---|
| **10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor  _____     Relationship  _____

District  _____  When  _____  Case number, if known  _____

**11.  Why is the case filed in *this district*?**     *Check all that apply:*

☐  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**     ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

Contact name  _____

Phone  _____

---

**■  Statistical and administrative information**

**13.  Debtor's estimation of available funds**     .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

| Debtor | **Spengler Plumbing Company, Inc.** | Case number (*if known*) |
|--------|-------------------------------------|--------------------------|
|        | Name |                          |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Spengler Plumbing Company, Inc.**
_____    Case number (*if known*) _____
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 1, 2021**
_____
MM / DD / YYYY

**X** **/s/ Jason Spengler**
_____    **Jason Spengler**
Signature of authorized representative of debtor    _____
Printed name

Title    **President**
_____

**18. Signature of attorney**

**X** **/s/ Steven M. Wallace**
_____    Date    **June 1, 2021**
Signature of attorney for debtor    _____
MM / DD / YYYY

**Steven M. Wallace**
_____
Printed name

**Silver Lake Group, Ltd**
_____
Firm name

**6 Ginger Creek Village Drive**
**Glen Carbon, IL 62034**
_____
Number, Street, City, State & ZIP Code

Contact phone    **618-692-5512**    Email address    **steve@silverlakelaw.com**
_____        _____

**6198917 IL**
_____
Bar number and State

Fill in this information to identify the case:

| Debtor name | **Spengler Plumbing Company, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chase P.O. Box 9001871 Louisville, KY 40290-1871** | | **Credit Card** | | | | **$6,518.99** |
| **Citi Cards Processing Center Des Moines, IA 50363** | | **Credit Card** | | | | **$11,226.66** |
| **Citi Cards Processing Center Des Moines, IA 50363** | | **Credit Card** | | | | **$45,031.85** |
| **Easy Water 9715 Kincaid Drive Suite 1100 Fishers, IN 46037** | | **Business expense** | | | | **$15,180.00** |
| **Easy Water 9715 Kincaid Drive Suite 1100 Fishers, IN 46037** | | **Business expense** | | | | **$15,180.00** |
| **Illinois Department of Revenue BK Unite Level 7-425 100 Randolph Street Chicago, IL 60601** | | **Tax Debt** | | | | **$6,713.08** |
| **Internal Revenue Service P. O. Box 7346 Philadelphia, PA 19101-7346** | | **Tax Debt** | | | | **$78,449.84** |
| **Isuzu Finance of America, Inc. 7865 Solution Center Chicago, IL 60677-7008** | | **Business expense** | | | | **$6,298.50** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Spengler Plumbing Company, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Johnstone Supply 3425 Bridgeland Drive Bridgeton, MO 63044** | | **Business expense** | | | | **$6,714.89** |
| **Leasing Associates P.O. Box 203174 Dallas, TX 75320** | | **Business expense** | | | | **$24,173.00** |
| **Local Business Search, LLC 1715 E. Belleville Ave. Belleville, IL 62221** | | **Business expense** | | | | **$19,161.02** |
| **Luby Shoring Services 2300 Cassens Dr. Fenton, MO 63026** | | **Business expense** | | | | **$6,227.00** |
| **Plumbers & Pipefitters Local 101 c/o Hammond and Shinners, PC 13205 Manchester Road, Suite 210 Saint Louis, MO 63131** | | **Alleged Pension Withdrawal Liability** | **Disputed** | | | **$753,000.00** |
| **Plumbers Local #360 Pension Plan c/o Hammond and Shinners, PC 13205 Manchester Road, Suite 210 Saint Louis, MO 63131** | | **Alleged Pension Withdrawal Liability** | **Disputed** | | | **$234,668.00** |
| **Plumbers Locals 101 and 360 c/o Hammond and Shinners, PC 13205 Manchester Road, Suite 210 Saint Louis, MO 63131** | | **NLRB Settlement Agreement for payment of union benefits** | | | | **$402,805.00** |
| **Plumbing HVAC 3401 NW 82 Ave. #350 Miami, FL 33122** | | **Business Expense** | | | | **$7,470.00** |
| **Rice Sullivan, LLC 3121 N. Illinois St. Suite A Belleville, IL 62226** | | **Business expense** | | | | **$8,795.07** |
| **Spectrum Reach P.O. Box 957926 Saint Louis, MO 63195** | | **Business expense** | | | | **$17,903.45** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor    **Spengler Plumbing Company, Inc.**    Case number *(if known)* _____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **St. Clair Service Company FS 1036 South Green Mount Rd Belleville, IL 62220** | | **Business expense** | | | | **$8,154.25** |
| **Union Leasing, Inc. 425 N. Martingale Road Suite 600 Schaumburg, IL 60173** | | **Business Expense** | | | | **$15,322.49** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Advance Acceptance Divisions
First Western Bank & Trust
100 Prairie Center Drive
Eden Prairie, MN 55344


AdvantaClean of Madison County
3407 S. Jefferson Ave.
Saint Louis, MO 63118


Amazon
410 Terry Ave N
Seattle, WA 98109-5210


Ameren Illinois
PO Box 88034
Chicago, IL 60680


Atlas Supply Co.
3820 Dr. Martin Luther King Dr.
Saint Louis, MO 63113


Back & Neck Pain Center
1601 W. US Hwy 50
O Fallon, IL 62269


Bank of Belleville
215 S. Illinois St.
Belleville, IL 62220


Bank of O'Fallon
901 S Lincoln Ave
O Fallon, IL 62269


Belleville News Democrat
P.O. Box 427
Belleville, IL 62222


Belleville Supply
700 S. Third St.
Belleville, IL 62222


Benefit Plans Plus, LLC
6 City Place Drive
Suite 700
Saint Louis, MO 63141

BirdDog HR
4453 NW Urbandale Dr
Des Moines, IA 50322


BMW Financial Services
P.O. Box 3608
Phoenix, AZ 85062-8103


Bobcat of St. Louis
401 W. Outer Road
Valley Park, MO 63088


Bruce's Auto Repair
202 E. 4th Street
O Fallon, IL 62269


Bugg Masonry, Inc.
48 Innsbruck Lane
Belleville, IL 62221


CC Food Mart Shell
315 E State St.
Hamel, IL 62046


CCP Industries
PO Box 734569
Chicago, IL 60673


CeeKay Supply, Inc.
P.O. Box 840015
Kansas City, MO 64184-0015


Chase
P.O. Box 9001871
Louisville, KY 40290-1871


Chase
PO Box 78116
Phoenix, AZ 85062-8116


CIT Verizon
21146 Network Place
Chicago, IL 60674-1211

Citi Cards
Processing Center
Des Moines, IA 50363


City of Belleville
101 S Illinois St
Belleville, IL 62220


City of O'Fallon
255 South Lincoln
O Fallon, IL 62269


Clearwave Communications
PO Box 606
Harrisburg, IL 62946


CNA Surety Direct
P.O. Box 957312
Saint Louis, MO 63195-7312


Concrete Supply of Illinois
One Racehorse Drive
East Saint Louis, IL 62205


Connor Co.
#3 Business Center Court
Collinsville, IL 62234


Creative Landscapes
5515 Old Collinsville Road
Fairview Heights, IL 62208


Crescent Parts & Equipment
P.O. Box 790379
Saint Louis, MO 63179


Da-Com Corporation
5317 Knights of Columbus
Saint Louis, MO 63119


Da-Com Corporation
P.O. Box 660831
Dallas, TX 75266

Dallas Plastering Co
1105 Old Vicennes Trail
O Fallon, IL 62269


DDI Media
8315 Drury Industrial Pkwy
Saint Louis, MO 63114


Degel Truck Center
2304 Gravois St.
Saint Louis, MO 63104


Dobbs Tire & Auto Centers
1983 Brennan Plaza
High Ridge, MO 63049


Don's Hardware, Inc.
1454 Boul Ave.
Belleville, IL 62226


E.J. Equipment
P.O. Box 665
6949 N. 3000 E. Road
Manteno, IL 60950


Eagle Publications, Inc.
11 Executive Drive
Suite 10
Fairview Heights, IL 62208


Easy Water
9715 Kincaid Drive
Suite 1100
Fishers, IN 46037


Edwardsville Winnelson Co.
101 First Avenue
Edwardsville, IL 62025


Energy Petroleum Co.
2130 Kienlen Ave.
Saint Louis, MO 63121

Engie Resources
PO Box 9001025
Louisville, KY 40290-1025


Erie Insurance Co.
100 Erie Insurance Pl.
Erie, PA 16530


Estes
P.O. Box 25612
Richmond, VA 23260


Express Medical Care, LLC
5031 N. Illinois St.
Fairview Heights, IL 62208-3453


Fastenal Company
PO Box 978
Winona, MN 55987


Federated Insurance
121 East Park Square
Owatonna, MN 55060


FedEx
PO Box 371461
Pittsburgh, PA 15250-7461


Ford Credit
P. O. Box 790093
Saint Louis, MO 63179-0093


Frontier Communications
PO Box 20550
Rochester, NY 14602


Gateway FS
221 E. Pine St.
PO Box 20550
Red Bud, IL 62278


Gier Oil Co., Inc.
301 E 8Th St.
Eldon, MO 65026

GPS Track It
1080 Holcomb Bridge Rd, Bldg 200
Roswell, GA 30076


Grant Rental Station
5612 N. Illinois St.
Fairview Heights, IL 62208


Hague Quality Water
4343 S. Hamilton Road
Groveport, OH 43125


Harrisonville Telephone Co.
P.O. Box 146
Waterloo, IL 62298


Hibu, Inc.
P.O. Box 3162
Cedar Rapids, IA 52406-3162


Hitachi Capital
800 Connecticut Ave
Norwalk, CT 06854


HItachi Capital America Corp.
21925 Network Place
Chicago, IL 60673


HSHS Medical Group, Inc.
P.O. Box 4057
Carol Stream, IL 60197-4057


Huck's
1029 Lincoln Hwy
Fairview Heights, IL 62208


Huffman Law Office
2225 N. Center St.
Maryville, IL 62062


HVAC Parts Shop
1900 E. 123rd St.
Olathe, KS 66061

IL-MO Pump & Supply, Inc.
1101 St. Louis Ave.
East Saint Louis, IL 62202


Illinois Department of Revenue
BK Unite Level 7-425
100 Randolph Street
Chicago, IL 60601


Insurance Support Center
P.O. Box 680001
Dallas, TX 75368


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


Iron Mountain
P.O. Box 27128
New York, NY 10087


Isuzu Finance of America, Inc.
7865 Solution Center
Chicago, IL 60677-7008


J & J Land Trust
1402 Frontage Road
O Fallon, IL 62269


J&J Land Trust
1402 Frontage Road
O Fallon, IL 62269


J&J Septic & Sewer Cleaning, LLC
5574 Sportman Road
Waterloo, IL 62298


Jackson Lewis, P.C.
P.O. Box 416019
Boston, MA 02241-6019


Jason Spengler
1402 Frontage Road
O Fallon, IL 62269

Joe's Carpet City
4149 Pontoon Road
Granite City, IL 62040


Johnstone Supply
3425 Bridgeland Drive
Bridgeton, MO 63044


Kerber, Eck & Braeckel LLP
852 Cambridge Blvd., Suite 100
O Fallon, IL 62269


Kitchenland
201 W. High Street
Edwardsville, IL 62025


Kohnen Concrete Products, Inc.
503 Green Street
Germantown, IL 62245


Leasing Associates
P.O. Box 203174
Dallas, TX 75320


Lee's Home Center
1 S. Illinois St.
Millstadt, IL 62260


Lennox
251 Corporate Woods Place
Bridgeton, MO 63044


Liese Lumber Co Inc.
319 E. Main Street
Belleville, IL 62220


Local Business Search, LLC
1715 E. Belleville Ave.
Belleville, IL 62221


Lohrberg Lumber, Inc.
5662 L Road
Waterloo, IL 62298

Lowe's
PO Box 530914
Atlanta, GA 30353-0914


Luby Shoring Services
2300 Cassens Dr.
Fenton, MO 63026


Market American Insurance Co.
P.O. Box 791145
Baltimore, MD 21279


McAuliffe Chiropractic Office
109 Wedgewood Dr
Columbia, IL 62236


Menards
PO Box 5219
Carol Stream, IL 60197


Merchant's Bonding Co.
PO Box 310180
Des Moines, IA 50331


Midwest Municipal
P.O. Box 607
Caseyville, IL 62232


Midwest Turf Management
4533 Wanda R
Edwardsville, IL 62025


Mike's Pool & Spa Service
 506 S Lincoln Ave
O Fallon, IL 62269


MJ Products, Inc.
403 Biltmore Dr.
Fenton, MO 63026


Northwestern Mutual
26 Ginger Creek Pkwy Suite 200
Glen Carbon, IL 62034

O'Fallon Chamber of Commerce
P.O. Box 371
O Fallon, IL 62269


O'Reilly Automotive Stores, Inc.
P.O. Box 9464
Springfield, MO 65801


Old Republic Surety Company
P.O. Box 1635
Milwaukee, WI 53201


Pass Security
15 Executive Drive
Suite 6
Fairview Heights, IL 62208


Pitney Bowes Global Finc Services
PO Box 371887
Pittsburgh, PA 15250


Pitney Bowes Purchase Power
PO Box 371887
Pittsburgh, PA 15250-7887


Plumbers & Pipefitters Local 101
c/o Hammond and Shinners, PC
13205 Manchester Road, Suite 210
Saint Louis, MO 63131


Plumbers Local #360 Pension Plan
c/o Hammond and Shinners, PC
13205 Manchester Road, Suite 210
Saint Louis, MO 63131


Plumbers Locals 101 and 360
c/o Hammond and Shinners, PC
13205 Manchester Road, Suite 210
Saint Louis, MO 63131


Plumbers Supply Company
Attn: Terry Hutton
12012 Manchester Road
Saint Louis, MO 63131

Plumbing HVAC
3401 NW 82 Ave. #350
Miami, FL 33122


Premier Companies
2000 Mallory Lane
Suite 130-138
Franklin, TN 37067


Quad County Red-E-Mix
P.O. Box 504920
Saint Louis, MO 63150-4920


Quivey County Ready Mix Corp.
PO Box 604
Sparta, IL 62286


Randolph Signs
7591 Pautler Road
Evansville, IL 62242


Reppert's of Sparta
18 W. Broadway
Sparta, IL 62286


Republic Services
PO Box 9001099
Louisville, KY 40290


Rice Sullivan, LLC
3121 N. Illinois St.
Suite A
Belleville, IL 62226


Roger's Redi-Mix
55 E. Mill Street
Red Bud, IL 62278


Roll-Off's To Go, Inc.
P.O. Box 21
Waterloo, IL 62298


Rotary Wheels
801 East State Street
O Fallon, IL 62269

Schulte Supply, Inc.
5998 Redbud Lane
Edwardsville, IL 62025


ServiceMaster Restoration by ATK
1392 Frontage Road
Unit 10
O Fallon, IL 62269


Sherwin-Williams Co.
4260 S State Route 159 #2
Glen Carbon, IL 62034-3201


Sonnenberg Asphalt Co., Inc.
1460 Frank Scott Parkway West
Belleville, IL 62223


Spectrum Reach
P.O. Box 957926
Saint Louis, MO 63195


St. Clair Service Company FS
1036 South Green Mount Rd
Belleville, IL 62220


St. Elizabeth's Hospital
P.O. Box 6580
Carol Stream, IL 60197-6580


St. Louis Composing, Inc.
5841 Mine Haul Road
Belleville, IL 62226


State Farm Insurance
P. O. Box 20718
Murfreesboro, TN 37129-0703


Swansea Rural King
2801 N. Illinois Street
Belleville, IL 62221


Tech Electronics, Inc.
6437 Manchester Ave.
Saint Louis, MO 63139

Trane Company
PO Box 848343
Dallas, TX 75284

Union Leasing
425 N Martingale Rd
Schaumburg, IL 60173

Union Leasing, Inc.
425 N. Martingale Road
Suite 600
Schaumburg, IL 60173

Valvolene Fleet Services
P.O. Box 74008513
Chicago, IL 60674-8513

Vanguard Truck Center
P.O. Box 2208
Decatur, AL 35609

Verizon Credit, Inc.
21146 Network Place
Chicago, IL 60673-1211

Verizon Wireless
Attn: Bankruptcy Dept.
1515 Woodfield Road
Schaumburg, IL 60173

Walmart
702 S.W. 8th St.
Bentonville, AR 72716

Warning Lights of Southern Illinois
9441 Lebanon Road
East Saint Louis, IL 62203

Waste Management
PO Box 9001054
Louisville, KY 40290-1054

Wells Fargo
PO Box 14411
Des Moines, IA 50306

Wells Fargo Equipment Finance
PO Box 858178
Minneapolis, MN 55485


Wells Fargo Vendor Fin Service
PO Box 105743
Atlanta, GA 30348-5743


Wilke Window & Door
3500 Lebanon Ave.
Belleville, IL 62221


Wisper ISP
9711 Fuesser Road
Mascoutah, IL 62258


Wright Do It Center
PO Box 730747
Dallas, TX 75373


York/JCI
P.O. Box 730747
Dallas, TX 75373