# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Spengler Plumbing Company, Inc.

Debtor(s)

In Proceedings
Under Chapter 11

BK 21–30409–lkg

SSN/Individual Taxpayer ID Number (ITIN):

Employer Tax ID Number (ETIN):

37–0983139

# ORDER

A Petition for Relief under Chapter 11 of Title 11, United States Code ("the Bankruptcy Code") having been filed in this case on June 1, 2021 ("the filing date"), and an Order for Relief having been entered herein, pursuant to §1107(a), 1106(a)(1), 1121, 105(a), 1183(b), 1184, 1189, and 1194 of the Bankruptcy Code, IT IS HEREBY ORDERED that:

1.    The debtor(s) be left in possession until further order of this Court.

2.    The debtor(s) in possession("debtor") shall close all books, records, and bank accounts as of the day preceding the filing date, and shall open new books, records and bank accounts.  All of debtor's gross receipts shall be deposited in bank accounts, which accounts and checks shall include the designation "Debtor in Possession".  All depositories shall be insured by a government agency, and the debtor shall deposit any amount in excess of $100,000.00 only in an account at an institution authorized by the United States Trustee to accept such deposits. Debtor shall insure that monthly statements of account from its depositories are submitted to the United States Trustee.

3.    Debtor shall segregate, and hold in a separate depository account, all monies deducted and withheld from employees or collected from others for taxes under any law of the United States or any other taxing authority during the pendency of this case and shall make current and regular payments or deposits with all taxing authorities and agencies for all tax obligations arising after the filing date.

4.    For all months or partial months after the filing date and until confirmation, dismissal, or conversion, debtor shall prepare monthly operating reports, on a form approved by the United States Trustee.  An original and one copy of such reports shall be filed with the Clerk, for distribution to the United States Trustee, no later than the fifteenth day of the succeeding month.  Debtor shall also serve copies of the monthly financial reports on all attorneys of record and on all members of any creditors' committee.

5.    Within fourteen (14) days of the filing date, debtor shall file with the Clerk and with the United States Trustee a report and summary, using the forms prescribed in paragraph 4 above, of the operation of the debtor's business and a statement of receipts and disbursements for the ninety (90) day period immediately preceding the filing date.

6.    Within thirty (30) days of the date of this Order, debtor shall file with the Court a Schedule of Salary to be paid to the debtor or its officers, shareholders, directors and insiders.

7.    If debtor is a debtor, as defined in 11 U.S.C. §101(51)(D), all plans and disclosure statements shall be filed not later than 300 days after the date of the order for relief. If the debtor is a small business debtor, as defined in 11 U.S.C. § 1182, and the debtor elects to proceed under Subchapter V, all plans shall be filed not later than 90 days after the date of the order for relief.

8.    If debtor is not qualified as a small business, debtor shall file a plan and disclosure statement on or before the 120th day after the date of the order for relief.  Debtor may amend the disclosure statement at any time prior to the hearing to approve the disclosure statement, without leave of court, to cure any objections that have been raised.  Service of the amended disclosure statement shall be on all creditors and parties in interest with a certificate of service filed with the Court within seven (7) days of mailing.  The parties will be expected to meet and attempt to resolve any objections to the disclosure statement without the necessity of a court hearing.

9.    Debtor shall pay all quarterly fees due to the United States Trustee pursuant to 28 U.S.C. §1930(a)(6). This does not apply to debtor(s) electing Subchapter V.

10.    Unless otherwise provided, failure to comply with any of the terms and provisions of this order may constitute grounds for dismissal or conversion of this case, after notice and hearing.  This Order is not exclusive as to the obligations and duties of the debtor and is intended to clarify and supplement the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the guidelines of the United States Trustee.


ENTERED: June 2, 2021                                    /s/ Laura K. Grandy
                                                        UNITED STATES BANKRUPTCY JUDGE


* Failure to comply with the provisions of paragraph 7, or with the first sentence of paragraph 8, shall result in the dismissal of the case without further notice or hearing.